Timothy ANDERSON *v.* STATE of Arkansas

03-1286                                             138 S.W.3d 688

Supreme Court of Arkansas
Opinion delivered December 11, 2003

*Ann Hill,* for appellant.

No response.

PER CURIAM. Appellant Timothy Anderson, by and through his attorney, has filed a motion for rule on clerk. His attorney, Ann Hill, states in the motion that the record was tendered late due to a mistake on her part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.